B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District Of Kansas

In re Ethanex Energy, Inc.                    ,
                    Debtor

Case No. _____

Chapter  7

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

See Attachment A


Date: 03/27/2008

/s/ Albert W. Knapp, III  President and CEO
                     Debtor

*[Declaration as in Form 2]*

# ATTACHMENT A
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of creditor and complete mailing address, including zip code | Phone # | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Agra Industries, Inc.<br>1211 West Water Street<br>Merrill, WI 54452 | (715) 536-9584 | Consulting Services | Disputed | $ 10,944.69 |
| Bagell, Josephs, Levine & Co., LLC<br>406 Lippincott Drive, Suite J<br>Marlton, NJ 08053 | (856) 346-2828 | Accounting Services | Disputed | $ 40,000.00 |
| Bank of America Credit Card<br>PO Box 15731<br>Wilmington, DE 19886 | (888) 449-2273 | Company Expenses | Disputed | $ 15,000.00 |
| Brown & Caldwell<br>PO Box 45208<br>San Francisco, CA 94145 | (800) 727-2224 | Consulting Services | Disputed | $ 9,316.00 |
| Chadbourne & Parke<br>1200 New Hampshire Ave. NW<br>Washington, D.C. 20036 | (202) 974-5655 | Legal Services | Disputed | $ 158,200.22 |
| Chapman Cutler LLP<br>111 West Monroe Street<br>Chicago, IL 60603-4080 | (312) 845-3000 | Legal Services | Disputed | $ 20,000.00 |
| DLA Piper US LLP<br>PO Box 75190<br>Baltimore, MD 21275 | (212) 335-4998 | Legal Services | Disputed | $ 20,000.00 |
| First Advantage Litigation Consulting<br>PO Box 277926<br>Atlanta, GA 30384 | (626) 921-16618 | Legal Services | Disputed | $ 73,000.00 |
| Industrial Power Technology<br>2227 Capricorn Way, Suite 101<br>Santa Rosa, CA 95407 | (707) 528-9909 | Administrative Services | Disputed | $ 8,493.83 |
| KL Process Design Group, LLC<br>2693 C Commerce Road<br>Rapid City, SD 57702 | (605) 718-0372 | Consulting Services | Disputed | $ 10,000.00 |
| Kraemer, Thomas<br>12175 Maple Springs Drive, SW<br>Alexandria, MN 56308 | | Services Rendered | Disputed | $ 8,095.92 |
| Milbank, Tweed, Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005 | (212) 530-5000 | Legal Services | Disputed | $ 50,000.00 |
| Muse, Stancil & Co.<br>15455 Dallas Parkway, Suite 200<br>Addison, TX 75001 | (214) 954-4455 | Consulting Services | Disputed | $ 25,000.00 |
| 1000 IDS Center<br>80 South Eighth St.<br>Minneapolis, MN 55402 | (612) 347-6789 | Consulting Services | Disputed | $ 10,204.99 |
| Nitze, William<br>1537 28th Street, NW<br>Washington, DC 20007 | | Services Rendered | Disputed | $ 7,586.42 |

| | | | | | |
|---|---|---|---|---|---|
| R.W. Beck, Inc.<br>MEDITECH Corporate Center<br>550 Cochituate Rd.<br>4th floor, West Wing<br>Framingham, MA 01701-4654 | (508) 935-1661 | Consulting Services | Disputed | $ | 58,562.75 |
| Reece and Nichols<br>Attn: Sherry Shandalove<br>4370 W. 109th, Suite 100<br>Overland Park, KS 66211 | (913) 696-9633 | Relocation Services | Disputed | $ | 40,000.00 |
| University of Georgia<br>Amy B. Batal, Ph.D.<br>208 Poultry Science Building<br>110 Cedar Street<br>Athens, GA 30602-2772 | (706) 542-6259 | Feed Trial Work | Disputed | $ | 15,789.00 |
| University of Illinois<br>211 Mumford Hall<br>301 W. Gregory Dr.<br>Urbana, IL 61801 | (217) 333-3462 | Feed Trial Work | Disputed | $ | 25,500.00 |
| University of Missouri<br>Dr. Gary Allee<br>111 Animal Science Research Center<br>Division of Animal Sciences<br>Columbia, MO 65211 | (573) 882-1381 | Feed Trial Work | Disputed | $ | 27,000.00 |