IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re: )
ETHANEX ENERGY, INC., ) Case No. 08-20645-7 RDB
 )
                      Debtor. )

## NOTICE OF RECOVERY OF ASSETS

COMES NOW the Trustee, Eric C. Rajala, and states that the Trustee has recovered assets or discovered potential assets believed to have a value sufficient to warrant administration. The Trustee further states as follows:

1. The above-captioned case was previously noticed as a no-asset case.

2. The Trustee requests that the Clerk renotice the above-captioned case as an asset case and set a deadline for the filing of claims in order that the case may be properly and expeditiously administered.

                                                                             s/ Eric C. Rajala
                                                                             Eric C. Rajala, Chapter 7 Trustee
                                                                             Kansas Supreme Court No. 10082
                                                                             Metcalf Bank Bldg, Ste 341
                                                                             11900 College Blvd
                                                                             Overland Park, KS 66210-3939
                                                                             Telephone (913) 339-9806
                                                                             Facsimile (913) 339-6695
                                                                             eric@ericrajala.com