IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re: )
ETHANEX ENERGY, INC., ) Case No. 08-20645-7 RDB
 )
 Debtor. )

**NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON
MOTION TO EMPLOY ATTORNEY**

**NOTICE IS HEREBY GIVEN** that if no written objection and/or response thereto is filed with the clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **April 23, 2008**, the above motion will be granted by entry of an order prepared and submitted by counsel for movant, and no hearing will be held.

**If an objection is timely filed, a nonevidentiary hearing will be held** before the U.S. Bankruptcy court, 500 State Avenue, Room 151, Kansas City, Kansas 66101, on **May 21, 2008** at **9:30 am**, or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

    s/ Eric C. Rajala
    Eric C. Rajala, Chapter 7 Trustee
    Kansas Supreme Court No. 10082
    Metcalf Bank Bldg, Ste 341
    11900 College Blvd
    Overland Park, KS 66210-3939
    Telephone (913) 339-9806
    Facsimile (913) 339-6695
    eric@ericrajala.com

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS
*In Re: Ethanex Energy, Inc.*; Case No. 08-20645-7 RDB
<u>NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON MOTION TO EMPLOY ATTORNEY</u>
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2008, I caused a true and correct copy of the above and foregoing Motion to Employ Attorney to be served via electronic mail at the addresses indicated, and on those parties which do not receive electronic notice in these proceedings via U.S. Mail, postage prepaid, to:

> United States Trustee
> 301 N Main St, Ste 1150
> Wichita, KS 67202-1508
> ustpregion20.wi.ecf@usdoj.gov

> s/ Eric C. Rajala
> Eric C. Rajala, Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:                                )
ETHANEX ENERGY, INC.,                 ) Case No. 08-20645-7  RDB
                                      )
                    Debtor.           )

## MOTION TO EMPLOY ATTORNEY

COMES NOW the Trustee, Eric C. Rajala, and moves the Court for an order appointing and employing the Law Office of Eric C. Rajala as attorney for the trustee in the above-captioned matter. In support of this motion, the Trustee alleges and states as follows:

1. That applicant is the duly qualified and acting trustee in this case.

2. That to perform his duties as trustee, applicant requires the services of the Law Office of Eric C. Rajala for the following purposes:

    A. To advise and consult with applicant concerning questions arising in the conduct of the administration of the estate, and concerning applicant's rights and remedies with regard to the estate's assets and the claims of secured, preferred and unsecured creditors and other parties in interest;

    B. To appear for, prosecute, defend and represent applicant's interest in suits arising in or related to this case;

    C. To investigate and prosecute preference and other actions arising under the trustee's avoiding powers; and

    D. To assist in the preparation of such pleadings, motions, notices and orders as are required for the orderly administration of this estate.

3. For the foregoing and all other necessary and proper purposes, applicant desires to retain generally the Law Office of Eric C. Rajala as counsel for the trustee.

4. Because the Law Office of Eric C. Rajala has extensive experience in bankruptcy reorganization and debtor/creditor matters, applicant feels that said law firm is well qualified to render the foregoing services.

5. That based upon the declaration attached hereto, applicant believes that said law firm and its members and associates do not hold or represent any interest adverse to that of applicant or the estate, and that said law firm is a disinterested person within the meaning of 11 U.S.C. §101(14). Applicant is informed that the normal hourly billing rates of said law firm at the time of this application is as follows:

> Eric C. Rajala $250 per hour;
> Legal Assistants $75 per hour.

It is contemplated that said attorneys will seek compensation based upon normal and usual hourly billing rates. It is further contemplated that said attorneys will seek interim compensation of the case as permitted by 11 U.S.C. § 331.

6. The address of the Law Office of Eric C. Rajala is Metcalf Bank Bldg, Ste 341, 11900 College Blvd, Overland Park, KS 66210-3939, and its employer identification number is 48-0999787.

7. To the best of applicant's knowledge, all the connections of the Law Office of Eric C. Rajala with the debtor, creditors, any other party in interest, their respective attorneys

and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, are only as set forth in the accompanying Affidavit.

WHEREFORE, Eric C. Rajala, Chapter 7 Trustee, prays that he be authorized to employ the Law Office of Eric C. Rajala as his attorney to render services in the areas described above, with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow.

s/ Eric C. Rajala
Eric C. Rajala, Chapter 7 Trustee
Kansas Supreme Court No. 10082
Metcalf Bank Bldg, Ste 341
11900 College Blvd
Overland Park, KS 66210-3939
Telephone (913) 339-9806
Facsimile (913) 339-6695
eric@ericrajala.com

# AFFIDAVIT OF PROPOSED ATTORNEY

STATE OF KANSAS )
                               ) SS:
COUNTY OF JOHNSON )

I, Eric C. Rajala, of the Law Office of Eric C. Rajala, hereby make solemn oath that:

1. I am an attorney at law duly admitted to practice in the State of Kansas and in this Court, and that each of the partners and associates of the Law Office of Eric C. Rajala are duly admitted to practice in the State of Kansas and this Court.

2. The Law Office of Eric C. Rajala maintains an office for the practice of law at Metcalf Bank Bldg, Ste 341, 11900 College Blvd, Overland Park, KS 66210-3939.

3. The Law Office of Eric C. Rajala has extensive experience in bankruptcy, reorganization, and debtor/creditor law. The firm is well qualified to represent the trustee generally herein, and is willing to accept employment on the basis set forth in the annexed application.

4. The Law Office of Eric C. Rajala has made inquiry to determine whether the attorneys who will appear before the Court in the conduct of the case, and all the members of the firm, hold or represent an adverse interest to the estate and are disinterested persons, as follows:

    (a) The person in charge of maintaining the list of current and former clients of the Law Office, and the list of pending and closed cases in which Eric C. Rajala is acting or has acted as trustee in bankruptcy, has examined both lists to determine whether the debtor's name appears on either list. No connections were discovered.

    (b) Eric C. Rajala has personally reviewed the schedules and statement of financial affairs filed in the case, to determine whether any of the

information contained therein reveals any connections between the case and any current clients of the Law Office. No connections were discovered.

5. The Law Office of Eric C. Rajala, its members and its associates, do not hold any interest adverse to the above-entitled estate. Said law firm is a disinterested person as defined in 11 U.S.C. §101(14), and it is understood that there is continuing duty to disclose any such adverse interest.

6. Excepting only that Eric C. Rajala is a Chapter 7 panel trustee and sole attorney of the Law Office of Eric C. Rajala, and further as set forth herein, to the best of Affiant's knowledge, the Law Office of Eric C. Rajala has no connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any other person employed in the office of the United States Trustee which prevents the Law Office of Eric C. Rajala from being a disinterested person under 11 U.S.C. §101(14), or which results in a conflict of interest under the rules applicable to attorneys in the State of Kansas, or which in the opinion of Affiant is material to the determination of disinterestedness or conflict.

7. Eric C. Rajala understands that the Court's approval of the application is not approval of any proposed terms of compensation, and that under §328(a) the Court may allow compensation on terms different from those proposed.

I declare under penalty of perjury that the foregoing is true and correct.

s/ Eric C. Rajala
Eric C. Rajala, #10082

Subscribed and sworn to before me by Eric C. Rajala on this 3rd day of April, 2008.

                                                s\ Wendy L. Sandmoen
                                                Notary Public

My commission expires: March 6, 2012