The relief described hereinbelow is SO ORDERED.

Signed January 12, 2011.



_____
ROBERT D. BERGER
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:                                           )
ETHANEX ENERGY, INC.,                            ) Case No. 08-20645-7  RDB
                                                 )
                      Debtor.                    )

**ORDER AUTHORIZING TRUSTEE'S FIRST INTERIM REIMBURSEMENT OF
EXPENSES OF SPECIAL COUNSEL FOR THE PERIOD OF
SEPTEMBER 1, 2008 TO DECEMBER 13, 2010**

THIS MATTER comes on for consideration upon the application for an order authorizing

interim reimbursement of special counsel's expenses incurred in the above-captioned case  to

John M. Edgar and the Edgar Law Firm, LLC.  Notice with opportunity for hearing on the

motion was properly given, no timely objections were filed, and no hearing was held on the

matter.

The Court, being first duly advised in the premises, upon review of the file, statements of

the Trustee, and for good cause shown, finds that John M. Edgar and the Edgar Law Firm, LLC,

should be and is hereby granted reimbursement of incurred expenses in the amount of

$62,084.01.

IT IS FURTHER BY THE COURT ORDERED, ADJUDGED AND DECREED that the

Trustee should be and is hereby ordered to pay the sum of $62,084.01 as an administrative

expense of the estate upon the entry of this Order.

IT IS SO ORDERED.

### 

Approved:


s/ Eric C. Rajala
Eric C. Rajala, Chapter 7 Trustee
Kansas Supreme Court No. 10082
Metcalf Bank Bldg, Ste 341
11900 College Blvd
Overland Park, KS 66210-3939
Telephone (913) 339-9806
Facsimile (913) 339-6695
eric@ericrajala.com