# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** | 08-20645-7 RDB |
| **Case Name:** | Ethanex Energy, Inc. |
| **Period Ending:** | 06/30/11 |

| | |
|---|---|
| **Trustee:** (360001) | Eric C. Rajala |
| **Filed (f) or Converted (c):** | 03/27/08 (f) |
| **§341(a) Meeting Date:** | 04/24/08 |
| **Claims Bar Date:** | 07/14/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | State of Missouri-Air Pollution Control Refund  (u) | 40.00 | 40.00 | | 40.00 | FA |
| 2 | Nasdaq Stock Market -Adm Fee Refund  (u) | 7,500.00 | 7,500.00 | | 7,500.00 | FA |
| 3 | Westar Energy Credit Balance  (u) | 0.00 | 0.00 | | 55.78 | FA |
| 4 | BANK ACCOUNTS - Bank of America ck | 298,676.90 | 298,676.90 | | 298,676.90 | FA |
| 5 | BANK ACCOUNTS - Bank of America money mkt | 0.00 | 0.00 | | 30,639.31 | FA |
| 6 | BANK ACCOUNTS - Bank of America CDs | 78,497.51 | 78,497.51 | | 78,497.51 | FA |
| 7 | SECURITY DEPOSITS-Kiawah Resort | 3,098.34 | 3,098.34 | DA | 0.00 | FA |
| 8 | SECURITY DEPOSITS - Bonee Enterprises | 900.00 | 900.00 | DA | 0.00 | FA |
| 9 | Interest in Ethanex Southern IL, LLC- 85% | 426,813.29 | Unknown | | 426,813.29 | FA |
| 10 | Interest in Northeast Kansas LLC | Unknown | Unknown | DA | 0.00 | FA |
| 11 | Interest in Ethanex Energy NA,, Inc | Unknown | Unknown | DA | 0.00 | FA |
| 12 | ACCOUNTS RECEIVABLE -Ethanex Southern IL, LLC | 1,370,000.00 | 1,370,000.00 | DA | 0.00 | FA |
| 13 | Contingent securities claim v McGuire Woods LLP<br>    Case is set for trial in U.S. District Court in Kansas<br>City, Kansas, in May 2012. | Unknown | Unknown | | 0.00 | Unknown |
| 14 | Contingent claim v Receiver of Zahill Estate | Unknown | Unknown | | 0.00 | Unknown |
| 15 | AUTOMOBILES - 06 GMC 1500 | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | AUTOMOBILES - 06 GMC Envoy | 22,500.00 | 1,842.95 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 08-20645-7 RDB |
| **Case Name:** | Ethanex Energy, Inc. |
| **Period Ending:** | 06/30/11 |

| | | |
|---|---|---|
| **Trustee:** | (360001) | Eric C. Rajala |
| **Filed (f) or Converted (c):** | 03/27/08 (f) | |
| **§341(a) Meeting Date:** | 04/24/08 | |
| **Claims Bar Date:** | 07/14/08 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 15,000.00 | 15,000.00 | DA | 0.00 | FA |
| 18 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 50,000.00 | 50,000.00 | | 21,077.00 | FA |
| 19 | Sun Life Financial-Premium Refund  (u) | 201.00 | 201.00 | | 201.00 | FA |
| 20 | Atmos Energy  (u)<br>    Credit balance | 77.88 | 77.88 | | 77.88 | FA |
| 21 | Unused Retainer Fee  (u)<br>    Shook Hardy & Bacon | 1,386.00 | 1,386.00 | | 1,386.00 | FA |
| 22 | Unused Retainer Fee  (u)<br>    Davenport, Evans, Hurwitz & Smith | 755.32 | 755.32 | | 755.32 | FA |
| 23 | REAL PROPERTY - 1107 Western Rd, Caro, MI  (u) | 172,000.00 | 0.00 | DA | 0.00 | FA |
| 24 | Funds from dismissed case 08-20651 Ethanex South  (u) | 8,371.71 | 8,371.71 | | 8,371.47 | FA |
| 25 | Bank of America Credit Balance  (u)<br>    Refund of account credit balance on credit card | 180.48 | 180.48 | | 180.48 | FA |
| 26 | POTENTIAL PREFERENCE - Kirkland & Ellis  (u)<br>    Settlement per order dated 2/8/11 Doc #94 | 100,000.00 | 100,000.00 | | 100,000.00 | FA |
| 27 | Contingent claim in Zehill forfeiture case  (u)<br>    Asset value based on amended Zehil criminal<br>restitution order, however, additional damages will be<br>sought in the forfeiture case. | Unknown | Unknown | | 0.00 | 2,518,463.71 |
| Int | INTEREST  (u) | Unknown | N/A | | 4,952.93 | Unknown |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 08-20645-7 RDB |
| **Case Name:** | Ethanex Energy, Inc. |
| **Period Ending:** | 06/30/11 |

| | | |
|---|---|---|
| **Trustee:** | (360001) | Eric C. Rajala |
| **Filed (f) or Converted (c):** | 03/27/08 (f) | |
| **§341(a) Meeting Date:** | 04/24/08 | |
| **Claims Bar Date:** | 07/14/08 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | **Assets** **Totals** (Excluding unknown values) | **$2,570,998.43** | **$1,936,528.09** | | **$979,224.87** | **$2,518,463.71** |

**Major Activities Affecting Case Closing:**

05/11/11- An amended order of restitution has been entered in the Zehil criminal case, allowing the estate's claim for restitution in the amount of $2,518,463.71. Payment will eventually be made via a distribution from the currency forfeited by Zehil in the criminal case; however, special counsel is filing a petition in the forfeiture action, seeking an additional distribution in the form of recovery of the proceeds of Zehil's "short swing profits" from the sale of Ethanex stock.

Gathering claims, govt bar date 10/14/08.

4/29/08-Requested turnover of Bank of America funds.

Negotiating to sell Ethanex Energy's 85% interest in Ethanex Southern Illinois, LLC, to Star Ethanol, the 15% owner of the LLC. Negotiating terms of employment of The Edgar Law Firm to represent the Trustee vs. Louis Zehil for securities fraud and the McGuire Woods law firm for professional negligence. Working on sale or auction of furniture, fixtures and equipment, and termination of office leases in Basehor and in South Carolina. All paper business records have been boxed, labelled, and moved into a storage facility, along with computer servers, PCs and laptops. All electronically stored information on the file servers has been archived with BDK, LLP to preserve it for litigation. Working on motion to appoint the trustee as the 401(k) plan administrator for Ethanex Energy, Inc.

7/3/08-Application to Employ Edgar Law Firm as Special Counsel.

1/28/09-Reviewing claims.

5/5/09-Letter to Chadbourne & Parke requesting documentation on POC #8.

6/01/09-Documentation on POC #8 received charges appear to be legitimate.

7/31/09-Claims reviewed.

8/6/09-Letter to Davenport requesting accounting of retainer.

8/24/09-Accounting of Davenport retainer received OK per ECR.

11/24/09-Motion to Pay Tax Claim Owed by Ethanex Southern Illinois, LLC filed.

1/19/10-Preference demand letters sent to Marsh USA, inc, Shook, Hardy & Bacon, and Kirkland & Ellis.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-20645-7 RDB
**Case Name:** Ethanex Energy, Inc.

**Period Ending:** 06/30/11

**Trustee:** (360001)   Eric C. Rajala
**Filed (f) or Converted (c):** 03/27/08 (f)
**§341(a) Meeting Date:** 04/24/08
**Claims Bar Date:** 07/14/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

3/25/10-Adversary Complaints to Avoid & Recover Preferential Transfers v. Marsh USA, Kirkland & Ellis II LLP, and Shook, Hardy & Bacon LLP filed.

4/28/10-Order extending time to respond to complaint in Adv 10-6051 to 5/26/10.

5/6/10-Order extending time to respond to complaint in Adv 10-6050 to 5/24/10.

5/7/10-Motion for Default Judgment in Adv 10-6049 filed.

5/19/10-Order Dismissing Adv 10-6049 entered.

6/15/10-Adv 10-6050 scheduling conference set for 8/4/10.

8/3/10-Scheduling Order in Adv 10-6050 filed.

11/22/10-Opposition to McGuire Woods' Motion to Dismiss filed.

12/16/10-Amended Scheduling Order filed for Adv 10-6050 and 10-6051-Dispositive Motions due 3/16/11.

12/21/10-Application for Special Counsel Expense Reimbursement filed.

3/25/11-Kirkland & Ellis Settlement funds received.

6/24/11-The trial of the Trustee's case against McGuire Woods has been rescheduled for September 2012; discovery is ongoing.  The Trustee is also pursuing a restitution claim against Zehil in the criminal case.

**Initial Projected Date Of Final Report (TFR):** May 31, 2010     **Current Projected Date Of Final Report (TFR):** December 31, 2012

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-20645-7 RDB |
| **Case Name:** | Ethanex Energy, Inc. |
| | |
| **Taxpayer ID #:** | **-***7691 |
| **Period Ending:** | 06/30/11 |

| | |
|---|---|
| **Trustee:** | Eric C. Rajala (360001) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****64-19 - Time Deposit Account |
| **Blanket Bond:** | $19,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/12/08 | | FUNDING ACCOUNT: *******6465 | | 9999-000 | 400,000.00 | | 400,000.00 |
| 08/12/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7500% | 1270-000 | 3,011.25 | | 403,011.25 |
| 09/11/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 49.69 | | 403,060.94 |
| 10/13/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 53.01 | | 403,113.95 |
| 11/12/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 49.70 | | 403,163.65 |
| 12/14/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 53.02 | | 403,216.67 |
| 01/13/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 49.71 | | 403,266.38 |
| 02/12/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 49.72 | | 403,316.10 |
| 02/16/10 | | Transfer out to account *******6465 | Transfer out to account *******6465 | 9999-000 | -403,316.10 | | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -3,316.10 | 0.00 | |
| **Subtotal** | 3,316.10 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,316.10** | **$0.00** | |

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-20645-7 RDB | | Trustee: | Eric C. Rajala (360001) |
|---|---|---|---|---|
| Case Name: | Ethanex Energy, Inc. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****64-20 - Time Deposit Account |
| Taxpayer ID #: | **-***7691 | | Blanket Bond: | $19,000,000.00 (per case limit) |
| Period Ending: | 06/30/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/22/08 | | FUNDING ACCOUNT: ********6465 | | 9999-000 | 400,000.00 | | 400,000.00 |
| 03/23/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 149.62 | | 400,149.62 |
| 06/22/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 149.67 | | 400,299.29 |
| 06/23/09 | | From Account #********6465 | Adjust Principal via CD Rollover | 9999-000 | 20,000.00 | | 420,299.29 |
| 09/21/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 157.13 | | 420,456.42 |
| 10/21/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 51.84 | | 420,508.26 |
| 11/20/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 51.84 | | 420,560.10 |
| 12/21/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 53.58 | | 420,613.68 |
| 01/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 51.86 | | 420,665.54 |
| 02/19/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 51.87 | | 420,717.41 |
| 02/23/10 | | Transfer out to account ********6465 | Transfer out to account ********6465 | 9999-000 | -420,717.41 | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -717.41 | 0.00 |
| **Subtotal** | 717.41 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$717.41** | **$0.00** |

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-20645-7 RDB |
| **Case Name:** | Ethanex Energy, Inc. |
| **Taxpayer ID #:** | **-***7691 |
| **Period Ending:** | 06/30/11 |

| | |
|---|---|
| **Trustee:** | Eric C. Rajala (360001) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****64-65 - Money Market Account |
| **Blanket Bond:** | $19,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/14/08 | {1} | Treasurer of the State of Missouri | Payment of State of MO Air Pollution Contol refund. | 1229-000 | 40.00 | | 40.00 |
| 04/14/08 | {2} | The Nasdaq Stock Market, Inc. | Payment of Nasdaq Administrative Fee Refund. | 1229-000 | 7,500.00 | | 7,540.00 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.52 | | 7,540.52 |
| 05/08/08 | {3} | Westar Energy | Payment towards refund of credit balance | 1229-000 | 55.78 | | 7,596.30 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.94 | | 7,597.24 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.96 | | 7,598.20 |
| 07/09/08 | {19} | Sun Life Financial | Premium Refund | 1229-000 | 201.00 | | 7,799.20 |
| 07/24/08 | | Bank of America | Payment toward bank account balance on date of filing. | | 407,813.72 | | 415,612.92 |
| | {4} | | Payment toward bank account balance on date of filing. 298,676.90 | 1129-000 | | | 415,612.92 |
| | {5} | | Payment toward bank account balance on date of filing. 30,639.31 | 1129-000 | | | 415,612.92 |
| | {6} | | Payment toward bank account balance on date of filing. 78,497.51 | 1129-000 | | | 415,612.92 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 7.67 | | 415,620.59 |
| 08/12/08 | | ACCOUNT FUNDED: ********6419 | | 9999-000 | | 400,000.00 | 15,620.59 |
| 08/15/08 | {18} | Lindsay Auction Service, Inc. | Payment toward sale of office furniture and equipment #S-1. | 1129-000 | 15,622.00 | | 31,242.59 |
| 08/25/08 | 1001 | Thomas J. Lindsay | Payment of auctioneer fees and expenses | | | 2,438.47 | 28,804.12 |

| | | |
|---|---|---|
| **Subtotals :** | **$431,242.59** | **$402,438.47** |

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-20645-7 RDB |
| **Case Name:** | Ethanex Energy, Inc. |
| **Taxpayer ID #:** | **-***7691 |
| **Period Ending:** | 06/30/11 |

| | |
|---|---|
| **Trustee:** | Eric C. Rajala (360001) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****64-65 - Money Market Account |
| **Blanket Bond:** | $19,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Payment for auctioneer fees 1,562.20 | 3610-000 | | | 28,804.12 |
| | | | Payment for auctioneer expenses 876.27 | 3620-000 | | | 28,804.12 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 20.59 | | 28,824.71 |
| 09/18/08 | {18} | Primafuel, Inc. | Payment toward sale of office furniture and equipment #S-2. | 1129-000 | 5,455.00 | | 34,279.71 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.98 | | 34,283.69 |
| 10/08/08 | {20} | Atmos Energy Corp. | Payment on refund of credit balance | 1229-000 | 77.88 | | 34,361.57 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 3.74 | | 34,365.31 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.70 | | 34,368.01 |
| 12/17/08 | {9} | Star Ethanol LLC | Payment toward sale of LLC interest and settlement with Star Ethanol LLC per 10/16/08 Order | 1129-000 | 426,813.29 | | 461,181.30 |
| 12/22/08 | | ACCOUNT FUNDED: ********6420 | | 9999-000 | | 400,000.00 | 61,181.30 |
| 12/22/08 | 1002 | Eric C. Rajala | Payment of trustee expenses per 12/10/08 order | 2200-000 | | 17,560.96 | 43,620.34 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.07 | | 43,626.41 |
| 01/13/09 | {21} | Shook, Hardy & Bacon, L.L.P. | Payment toward unused legal retainer fee | 1229-000 | 1,386.00 | | 45,012.41 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.81 | | 45,014.22 |
| 02/11/09 | {24} | ETHANEX SOUTHERN ILLINOIS LLC | Transfer of funds to pay claims per 2/2/09 Order. | 1290-000 | 8,371.47 | | 53,385.69 |
| 02/12/09 | 1003 | Internal Revenue Service | Payment of claim per 2/2/09 Order | 2810-000 | | 500.96 | 52,884.73 |
| 02/12/09 | 1004 | Natural Resource Group LLC | Payment of claim per 2/2/09 Order | 2990-000 | | 9,700.33 | 43,184.40 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.77 | | 43,186.17 |
| | | | **Subtotals :** | | **$442,144.30** | **$427,762.25** | |

**Cash Receipts And Disbursements Record**

| | | |
|---|---|---|
| **Case Number:** | 08-20645-7 RDB | **Trustee:** Eric C. Rajala (360001) |
| **Case Name:** | Ethanex Energy, Inc. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | | **Account:** ***-*****64-65 - Money Market Account |
| **Taxpayer ID #:** | **-***7691 | **Blanket Bond:** $19,000,000.00 (per case limit) |
| **Period Ending:** | 06/30/11 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.87 | | 43,188.04 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.76 | | 43,189.80 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.70 | | 43,191.50 |
| 06/12/09 | {22} | Davenport, Evans, Hurwitz & Smith, L.L.P. | Payment toward unused legal retainer fee | 1229-000 | 755.32 | | 43,946.82 |
| 06/23/09 | | To Account #*******6420 | Adjust Principal via CD Rollover | 9999-000 | | 20,000.00 | 23,946.82 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.67 | | 23,948.49 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.00 | | 23,949.49 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.00 | | 23,950.49 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.97 | | 23,951.46 |
| 10/22/09 | 1005 | United States Treasury | Payment of LEVY PROCEEDS for Ethanex Southern Illinois LLC 20-5591725 for 1065 tax period ending 12/31/06 | 2810-000 | | 623.39 | 23,328.07 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.97 | | 23,329.04 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.98 | | 23,330.02 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.98 | | 23,331.00 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.92 | | 23,331.92 |
| 02/02/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.09 | | 23,332.01 |
| 02/02/10 | | Wire out to BNYM account 9200******6465 | Wire out to BNYM account 9200******6465 | 9999-000 | -23,332.01 | | 0.00 |
| 02/16/10 | | Transfer in from account *******6419 | Transfer in from account *******6419 | 9999-000 | 403,316.10 | | 403,316.10 |
| 02/16/10 | | Wire out to BNYM account 9200******6419 | Wire out to BNYM account 9200******6419 | 9999-000 | -403,316.10 | | 0.00 |
| 02/23/10 | | Transfer in from account *******6420 | Transfer in from account *******6420 | 9999-000 | 420,717.41 | | 420,717.41 |

| | | | | Subtotals : | $398,154.63 | $20,623.39 | |

{} Asset reference(s)                                                                       Printed: 07/18/2011 05:28 PM   V.12.57

**Cash Receipts And Disbursements Record**

| | | |
|---|---|---|
| **Case Number:** | 08-20645-7 RDB | |
| **Case Name:** | Ethanex Energy, Inc. | |
| **Taxpayer ID #:** | **-***7691 | |
| **Period Ending:** | 06/30/11 | |

| | |
|---|---|
| **Trustee:** | Eric C. Rajala (360001) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****64-65 - Money Market Account |
| **Blanket Bond:** | $19,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | ********6420 | | | | | |
| 02/23/10 | | Wire out to BNYM account<br>9200******6420 | Wire out to BNYM account 9200******6420 | 9999-000 | -420,717.41 | | 0.00 |

| | | | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 850,824.11 | 850,824.11 | $0.00 |
| | Less: Bank Transfers | | -23,332.01 | 820,000.00 | |
| | **Subtotal** | | 874,156.12 | 30,824.11 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | $874,156.12 | $30,824.11 | |

| Case Number: | 08-20645-7 RDB | Trustee: | Eric C. Rajala (360001) |
|---|---|---|---|
| Case Name: | Ethanex Energy, Inc. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******64-19 - Money Market Account |
| Taxpayer ID #: | **-***7691 | Blanket Bond: | $19,000,000.00  (per case limit) |
| Period Ending: | 06/30/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/16/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******6465 | Wire in from JPMorgan Chase Bank, N.A. account *******6465 | 9999-000 | 403,316.10 | | 403,316.10 |
| 02/26/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 19.88 | | 403,335.98 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 51.39 | | 403,387.37 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 49.72 | | 403,437.09 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 51.39 | | 403,488.48 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 49.75 | | 403,538.23 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 51.40 | | 403,589.63 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 51.42 | | 403,641.05 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 9.94 | | 403,650.99 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 10.28 | | 403,661.27 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 9.94 | | 403,671.21 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 10.28 | | 403,681.49 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 10.28 | | 403,691.77 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 9.28 | | 403,701.05 |
| 03/10/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.97 | | 403,704.02 |
| 03/14/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.32 | | 403,705.34 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 5.96 | | 403,711.30 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 9.94 | | 403,721.24 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 10.28 | | 403,731.52 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 3.19 | | 403,734.71 |

| | | | | Subtotals : | $403,734.71 | $0.00 | |

**Cash Receipts And Disbursements Record**

| | | |
|---|---|---|
| **Case Number:** | 08-20645-7 RDB | |
| **Case Name:** | Ethanex Energy, Inc. | |
| **Taxpayer ID #:** | **-***7691 | |
| **Period Ending:** | 06/30/11 | |

| | | |
|---|---|---|
| **Trustee:** | Eric C. Rajala (360001) | |
| **Bank Name:** | The Bank of New York Mellon | |
| **Account:** | 9200-******64-19 - Money Market Account | |
| **Blanket Bond:** | $19,000,000.00  (per case limit) | |
| **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 403,734.71 | 0.00 | $403,734.71 |
| | | | Less: Bank Transfers | | 403,316.10 | 0.00 | |
| | | | **Subtotal** | | **418.61** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$418.61** | **$0.00** | |

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-20645-7 RDB | Trustee: | Eric C. Rajala (360001) |
|---|---|---|---|
| Case Name: | Ethanex Energy, Inc. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******64-20 - Money Market Account |
| Taxpayer ID #: | **-***7691 | Blanket Bond: | $19,000,000.00 (per case limit) |
| Period Ending: | 06/30/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/23/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******6465 | Wire in from JPMorgan Chase Bank, N.A. account *******6465 | 9999-000 | 420,717.41 | | 420,717.41 |
| 02/26/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 8.63 | | 420,726.04 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 53.61 | | 420,779.65 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 51.87 | | 420,831.52 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 53.61 | | 420,885.13 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 51.90 | | 420,937.03 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 53.62 | | 420,990.65 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 53.63 | | 421,044.28 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 10.37 | | 421,054.65 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 10.72 | | 421,065.37 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 10.37 | | 421,075.74 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 10.72 | | 421,086.46 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 10.72 | | 421,097.18 |
| 02/03/11 | | To Account #9200******6465 | Adjust Principal via TIA Rollover | 9999-000 | | 50,000.00 | 371,097.18 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 8.61 | | 371,105.79 |
| 03/10/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.73 | | 371,108.52 |
| 03/14/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.22 | | 371,109.74 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 5.48 | | 371,115.22 |
| 04/01/11 | | From Account #9200******6465 | Adjust Principal via TIA Rollover | 9999-000 | 100,000.00 | | 471,115.22 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 11.59 | | 471,126.81 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 11.99 | | 471,138.80 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 3.72 | | 471,142.52 |
| | | | Subtotals : | | $521,142.52 | $50,000.00 | |

{} Asset reference(s)

Printed: 07/18/2011 05:28 PM   V.12.57

**Cash Receipts And Disbursements Record**

| Case Number: | 08-20645-7 RDB | Trustee: | Eric C. Rajala (360001) |
|---|---|---|---|
| Case Name: | Ethanex Energy, Inc. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******64-20 - Money Market Account |
| Taxpayer ID #: | **-***7691 | Blanket Bond: | $19,000,000.00  (per case limit) |
| Period Ending: | 06/30/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 521,142.52 | 50,000.00 | $471,142.52 |
| | | | Less: Bank Transfers | | 520,717.41 | 50,000.00 | |
| | | | **Subtotal** | | **425.11** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$425.11** | **$0.00** | |

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-20645-7 RDB |
| **Case Name:** | Ethanex Energy, Inc. |
| | |
| **Taxpayer ID #:** | **-***7691 |
| **Period Ending:** | 06/30/11 |

| | |
|---|---|
| **Trustee:** | Eric C. Rajala (360001) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******64-65 - Money Market Account |
| **Blanket Bond:** | $19,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/02/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******6465 | Wire in from JPMorgan Chase Bank, N.A. account *******6465 | 9999-000 | 23,332.01 | | 23,332.01 |
| 02/26/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.16 | | 23,333.17 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.38 | | 23,334.55 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.33 | | 23,335.88 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.39 | | 23,337.27 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.34 | | 23,338.61 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.39 | | 23,340.00 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.38 | | 23,341.38 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.19 | | 23,341.57 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.19 | | 23,341.76 |
| 11/11/10 | {25} | Bank of America NA | Payment toward Bank of America credit balance | 1229-000 | 180.48 | | 23,522.24 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.18 | | 23,522.42 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.19 | | 23,522.61 |
| 01/19/11 | 11006 | Edgar Law Firm LLC | Partial payment of special counsel expenses per Order dated 1/12/11 Doc #92 | 3220-610 | | 20,000.00 | 3,522.61 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 3,522.77 |
| 02/03/11 | | From Account #9200******6420 | Adjust Principal via TIA Rollover | 9999-000 | 50,000.00 | | 53,522.77 |
| 02/03/11 | 11007 | Edgar Law Firm LLC | Payment of special counsel expenses per Order dated 1/12/11 Doc #92 | 3220-610 | | 42,084.01 | 11,438.76 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.24 | | 11,439.00 |
| 03/10/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 11,439.02 |
| 03/14/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 11,439.03 |
| 03/29/11 | {26} | Kirkland & Ellis LLP | Monies received in settlement of preference | 1241-000 | 100,000.00 | | 111,439.03 |
| | | | **Subtotals :** | | **$173,523.04** | **$62,084.01** | |

{} Asset reference(s)

Printed: 07/18/2011 05:28 PM   V.12.57

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-20645-7 RDB
**Case Name:** Ethanex Energy, Inc.

**Taxpayer ID #:** **-***7691
**Period Ending:** 06/30/11

**Trustee:** Eric C. Rajala (360001)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******64-65 - Money Market Account
**Blanket Bond:** $19,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | action per order dated 2/8/11 Doc #94 | | | | |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 0.22 | | 111,439.25 |
| 04/01/11 | | To Account #9200******6420 | Adjust Principal via TIA Rollover | 9999-000 | | 100,000.00 | 11,439.25 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 11,439.34 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 11,439.43 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 11,439.52 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 173,523.53 | 162,084.01 | **$11,439.52** |
| Less: Bank Transfers | 73,332.01 | 100,000.00 |
| **Subtotal** | **100,191.52** | 62,084.01 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$100,191.52** | **$62,084.01** |

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-20645-7 RDB
**Case Name:** Ethanex Energy, Inc.

**Taxpayer ID #:** **-***7691
**Period Ending:** 06/30/11

**Trustee:** Eric C. Rajala (360001)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******64-65 - Money Market Account
**Blanket Bond:** $19,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TIA # ***-*****64-19 | 3,316.10 | 0.00 | 0.00 |
| TIA # ***-*****64-20 | 717.41 | 0.00 | 0.00 |
| MMA # ***-*****64-65 | 874,156.12 | 30,824.11 | 0.00 |
| MMA # 9200-******64-19 | 418.61 | 0.00 | 403,734.71 |
| MMA # 9200-******64-20 | 425.11 | 0.00 | 471,142.52 |
| MMA # 9200-******64-65 | 100,191.52 | 62,084.01 | 11,439.52 |
| | $979,224.87 | $92,908.12 | $886,316.75 |