# Eric C. Rajala
## Attorney at Law
### Metcalf Bank Building, Suite 341
### 11900 College Boulevard
### Overland Park, Kansas 66210
### Telephone (913) 339-9806
### Fax (913) 339-6695     E-mail: eric@ericrajala.com

Tax I.D. No. 48-0999787

|  |  |
|---|---|
| Ethanex Energy, Inc. | Page: 1 |
|  | 10/19/2011 |
|  | ACCOUNT NO: 200820645-00M |
|  | STATEMENT NO: 1 |

Chapter 7 Trustee

INTERIM STATEMENT

|  |  |  | HOURS |
|---|---|---|---|
| 03/31/2008 | | | |
| | WLS | Prepare correspondence to Todd Ruskamp, Shook, Hardy & Bacon requesting information. | 0.25 |
| 04/02/2008 | | | |
| | WLS | Prepare correspondence to Denise Ward at Bank of America requesting bank funds. | 0.25 |
| | WLS | Prepare and submit request for renotice as asset case. | 0.20 |
| | WLS | Prepare Motion for employment of Eric C. Rajala as attorney for Trustee with Affidavit (.15); Draft Notice (.1); prepare proposed Order approving employment (.1). | 0.35 |
| 04/12/2008 | | | |
| | WLS | Prepare correspondence to USPS requesting change of address. | 0.20 |
| 04/14/2008 | | | |
| | WLS | Enter deposit into BMS from Receipts Log, add address information, enter payment description, T-Code information and asset link(s), print deposit slip; copy check and attach duplicate deposit slip for file; prepare overnight delivery envelope and paperwork, call overnight service for pick up. | 0.20 |
| | WLS | Open new bank account; Enter deposit into BMS from Receipts Log, add address information, enter payment description, T-Code information and asset link(s), print deposit slip; copy check and | |

Ethanex Energy, Inc.

Chapter 7 Trustee

| | | | HOURS |
|---|---|---|---|
| | | attach duplicate deposit slip for file; prepare overnight delivery envelope and paperwork, call overnight service for pick up; request TIN from Chase. | 0.25 |
| 04/23/2008 | SS | File opening - preparation of labels, paper file assembly and perform conflicts check; prepare and file conflicts case card; initial data entry of case name, number, Debtor's address, Debtor's attorney, Judge's name, Petition date, and 341 hearing date. | 0.15 |
| 05/08/2008 | WLS | Enter deposit into BMS from Receipts Log, add address information, enter payment description, T-Code information and asset link(s), print deposit slip; copy check and attach duplicate deposit slip for file; prepare overnight delivery envelope and paperwork, call overnight service for pick up. | 0.20 |
| 05/30/2008 | WLS | Draft Motion for employment of Computer Forensics Specialist for Trustee with Affidavit (.2); prepare Notice (.1); Draft proposed Order approving employment (.1). | 0.40 |
| 07/03/2008 | WLS | Prepare Motion (.2); prepare Notice (.1); and draft proposed Order (.1) for Ex Parte Order Limiting Notice. | 0.40 |
| 07/08/2008 | WLS | Draft Motion for employment of George Lins as accountant for Trustee with Affidavit (.2); prepare Notice (.1); Draft proposed Order approving employment (.1). | 0.40 |
| | WLS | Draft Motion for employment of Thomas Lindsay as auctioneer for Trustee with Affidavit (.2); Prepare Notice (.1); Draft proposed Order approving auctioneer (.1). | 0.40 |
| 07/09/2008 | WLS | Enter deposit into BMS from Receipts Log, add address information, enter payment description, T-Code information and asset link(s), print deposit slip; copy check and attach duplicate deposit slip for file; prepare overnight delivery envelope and paperwork, call overnight service for pick up. | 0.20 |

Ethanex Energy, Inc.     10/19/2011
ACCOUNT NO: 200820645-00M
STATEMENT NO: 1

Chapter 7 Trustee

|  |  | HOURS |
|---|---|---:|
| 07/24/2008 WLS | Enter deposit into BMS from Receipts Log, add address information, enter payment description, T-Code information and asset link(s), print deposit slip; copy check and attach duplicate deposit slip for file; prepare overnight delivery envelope and paperwork, call overnight service for pick up. | 0.20 |
| 08/15/2008 WLS | Enter deposit into BMS from Receipts Log, add address information, enter payment description, T-Code information and asset link(s), print deposit slip; copy check and attach duplicate deposit slip for file; prepare overnight delivery envelope and paperwork, call overnight service for pick up. | 0.20 |
| 09/18/2008 WLS | Enter deposit into BMS from Receipts Log, add address information, enter payment description, T-Code information and asset link(s), print deposit slip; copy check and attach duplicate deposit slip for file; prepare overnight delivery envelope and paperwork, call overnight service for pick up. | 0.20 |
| 10/08/2008 WLS | Enter deposit into BMS from Receipts Log, add address information, enter payment description, T-Code information and asset link(s), print deposit slip; copy check and attach duplicate deposit slip for file; prepare overnight delivery envelope and paperwork, call overnight service for pick up. | 0.20 |
| 12/17/2008 WLS | Enter deposit into BMS from Receipts Log, add address information, enter payment description, T-Code information and asset link(s), print deposit slip; copy check and attach duplicate deposit slip for file; prepare overnight delivery envelope and paperwork, call overnight service for pick up. | 0.20 |
| 01/13/2009 WLS | Enter deposit into BMS from Receipts Log, add address information, enter payment description, T-Code information and asset link(s), print deposit slip; copy check and attach duplicate deposit slip for file; prepare overnight delivery envelope and paperwork, call overnight service for pick up. | 0.20 |

Page: 4
10/19/2011

Ethanex Energy, Inc.
ACCOUNT NO: 200820645-00M
STATEMENT NO: 1

Chapter 7 Trustee

| Date | | Description | HOURS |
|---|---|---|---|
| 01/26/2009 | WLS | Enter claims into BMS database. | 2.00 |
| 01/28/2009 | WLS | Review claims for potential objections (n/c); review docket card for reaffirmations filed (n/c); prepare claims information table for Eric Rajala's use (3.5). | 3.50 |
| 02/11/2009 | WLS | Enter deposit into BMS from Receipts Log, add address information, enter payment description, T-Code information and asset link(s), print deposit slip; copy check and attach duplicate deposit slip for file; prepare overnight delivery envelope and paperwork, call overnight service for pick up. | 0.20 |
| 05/04/2009 | WLS | Prepare correspondence to Chadbourne & Parke regarding proof of claim #8. | 0.20 |
| 06/12/2009 | WLS | Enter deposit into BMS from Receipts Log, add address information, enter payment description, T-Code information and asset link(s), print deposit slip; copy check and attach duplicate deposit slip for file; prepare overnight delivery envelope and paperwork, call overnight service for pick up. | 0.20 |
| 08/06/2009 | WLS | Prepare correspondence to Davenport, Evans, Hurwitz & Smith requesting accounting of retainer. | 0.20 |
| 01/18/2010 | WLS | Prepare correspondence to Marsh USA regarding preferential transfer. | 0.20 |
| | WLS | Prepare correspondence to Shook Hardy & Bacon regarding preferential transfer. | 0.20 |
| | WLS | Prepare correspondence to Kirkland & Ellis regarding preferential transfer. | 0.20 |
| 11/11/2010 | WLS | Enter deposit into BMS from Receipts Log, add address information, enter payment description, T-Code information and asset link(s), print deposit slip; copy check and attach duplicate deposit slip for | |

Ethanex Energy, Inc.

Chapter 7 Trustee

| | | |
|---|---|---|
| | | Page: 5 |
| | | 10/19/2011 |
| ACCOUNT NO: | | 200820645-00M |
| STATEMENT NO: | | 1 |

| | | HOURS | |
|---|---|---:|---:|
| | file; prepare overnight delivery envelope and paperwork, call overnight service for pick up. | 0.20 | |
| 03/29/2011 | | | |
| WLS | Enter deposit into BMS from Receipts Log, add address information, enter payment description, T-Code information and asset link(s), print deposit slip; copy check and attach duplicate deposit slip for file; prepare overnight delivery envelope and paperwork, call overnight service for pick up. | 0.20 | |
| | FOR CURRENT SERVICES RENDERED | 12.35 | 308.75 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---:|---:|---:|
| Shari Spencer | 0.15 | $25.00 | $3.75 |
| Wendy Sandmoen | 12.20 | 25.00 | 305.00 |

| | | |
|---|---|---:|
| 04/15/2008 | Bonee Enterprises (Landlord @ 14500 A Parallel Parkway, Basehor, KS -- rent $1,700; utilities $418.23 plus $227.50) | 2,345.73 |
| 04/15/2008 | Lisa Hallier (liquidation consulting services) | 157.50 |
| 04/15/2008 | Document certification fee | 11.00 |
| 04/15/2008 | Barnhart Security and Alarm (security monitoring @ 14500 A Parallel Parkway, Basehor, KS) | 160.00 |
| 05/01/2008 | BKD, LLP retainer for computer forensics services (download and retain clean copies of server data for potential use in litigation) | 2,500.00 |
| 05/07/2008 | Bonee Enterprises, Inc. (landlord @ 14500A Parallel Pkwy, Basehor, KS) - rent & utilities. | 1,949.79 |
| 05/21/2008 | ADP, Inc. (postpetition payroll processing fee) | 14.00 |
| 06/03/2008 | Bonee Enterprises (rent and utilities @ 14500 A Parallel) | 1,817.20 |
| 06/10/2008 | Electric utility bill @ 14500A Parallel | 380.08 |
| 06/10/2008 | Barnhart Security and Alarm (security system monitoring @ 14500A Parallel) | 30.00 |
| 06/11/2008 | Westar electric utility @ 14500A Parallel. | 123.31 |
| 06/23/2008 | Allegiant Networks (decommission network servers) | 479.63 |
| 06/25/2008 | BKD, LLP computer forensics services (archive data from server) | 1,261.72 |
| 06/27/2008 | Public Storage (records storage) | 61.00 |
| 07/03/2008 | Eagle Legal (Omnidox) Services on Notice of Application to Employ Special Counsel and Authority to Terminate Retirement Plan. | 16.20 |
| 07/15/2008 | Bonee Enterprises (rent and utilities -- 14500A Parallel, Basehor, KS) | 1,064.26 |

Ethanex Energy, Inc.

Page: 6
10/19/2011
ACCOUNT NO: 200820645-00M
STATEMENT NO: 1

Chapter 7 Trustee

| Date | Description | Amount |
|---|---|---|
| 07/23/2008 | Public Storage (records storage) | 61.00 |
| 08/09/2008 | Great-West Retirement Services (401(k) plan termination services) | 1,575.00 |
| 08/09/2008 | Great-West Retirement Services (401(k) plan IRS determination letter fee) | 2,000.00 |
| 08/25/2008 | Bonee Enterprises - August 2008 rent ($950) and cleanup expense ($455). | 1,405.00 |
| 08/26/2008 | Packaging materials for return of postage meter. | 10.38 |
| 08/26/2008 | Atmos Energy utility bill -- 14500A Parallel Road | 269.46 |
| 08/27/2008 | Public Storage records storage. | 61.00 |
| 09/27/2008 | Public Storage records storage | 61.00 |
| 10/13/2008 | Westar utility bill | 20.61 |
| 10/27/2008 | Public Storage records storage | 61.00 |
| 11/27/2008 | Public Storage (records storage) | 61.00 |
| 12/27/2008 | Public Storage, Inc. (records storage) | 61.00 |
| 01/08/2009 | Bond premium for 2009 | 353.68 |
| 01/27/2009 | Public Storage | 61.00 |
| 02/27/2009 | Public Storage | 61.00 |
| 03/27/2009 | Public Storage (records storage) | 61.00 |
| 04/27/2009 | Public Storage | 61.00 |
| 05/27/2009 | Public Storage (records storage) | 61.00 |
| 06/27/2009 | Public Storage | 63.00 |
| 07/17/2009 | Centennial Title Insurance (title search re: Michigan property) | 150.00 |
| 07/27/2009 | Public Storage (records) | 63.00 |
| 07/28/2009 | Eagle Legal (Omnidox) Copy Services on documents for IRS. | 56.10 |
| 07/30/2009 | Overnite photocopy and mailing service (copy of ESI file to IRS agent). | 56.10 |
| 08/08/2009 | Overnight delivery service of ESI file to IRS. | 15.90 |
| 08/26/2009 | Public Storage (records) | 63.00 |
| 09/27/2009 | Public Storage | 63.00 |
| 10/27/2009 | Public Storage - records | 63.00 |
| 11/27/2009 | Public Storage (records storage) | 63.00 |
| 12/27/2009 | Public Storage (records storage) | 63.00 |
| 01/11/2010 | Bond premium for 2010 | 731.56 |
| 01/27/2010 | Public Storage | 63.00 |
| 02/27/2010 | Public Storage | 63.00 |
| 03/27/2010 | Public Storage (records storage) | 63.00 |
| 04/27/2010 | Public Storage | 63.00 |
| 05/27/2010 | Public Storage | 63.00 |
| 06/27/2010 | Public Storage (records storage) | 63.00 |
| 07/26/2010 | Public Storage (records storage) | 66.00 |
| 08/27/2010 | Public Storage (records storage) | 66.00 |
| 09/22/2010 | Public Storage (records storage) | 68.00 |
| 10/27/2010 | Public Storage (records storage) | 71.00 |
| 11/27/2010 | Public Storage (records storage) | 63.00 |
| 12/21/2010 | Eagle Legal (Omnidox) Services on Notice of Application for Reimbursement of Expenses of Special Counsel for 9/1/08 through | |

Ethanex Energy, Inc.     10/19/2011
ACCOUNT NO:    200820645-00M
STATEMENT NO:    1

Chapter 7 Trustee

| Date | Description | Amount |
|---|---|---:|
|  | 12/13/10. | 13.77 |
| 12/27/2010 | Public Storage (records storage) | 71.00 |
| 01/03/2011 | Bond premium for 2011 | 685.64 |
| 01/27/2011 | Public Storage (records storage) | 71.00 |
| 02/27/2011 | Public Storage (records storage) | 71.00 |
| 03/27/2011 | Public Storage (records storage) | 71.00 |
| 04/27/2011 | Public Storage (records storage) | 71.00 |
| 05/27/2011 | Public Storage (records storage) | 71.00 |
| 06/27/2011 | Public Storage (records storage) | 77.00 |
| 07/26/2011 | Public Storage (records storage) | 77.00 |
| 08/12/2011 | Delivery of CD to Edgar Law Firm (photos of office premises) | 19.15 |
| 08/27/2011 | Public Storage (records storage) | 77.00 |
| 09/27/2011 | Eagle Legal (Omnidox) Services on Notice of Second Application for Reimbursement of Expenses of Special Counsel for 12/14/10 through 9/22/11 | 14.75 |
|  | **TOTAL EXPENSES** | 22,229.52 |
|  | **TOTAL CURRENT WORK** | 22,538.27 |
| 10/16/2008 | PAYMENT (Partial refund of Westar utility payment) | -314.30 |
| 10/20/2008 | PAYMENT (Partial refund of Westar utility payment) | -20.61 |
| 12/22/2008 | PAYMENT - Thank you! | -17,560.96 |
| 07/07/2009 | Refund of BKD retainer for data preservation and storage | -2,500.00 |
|  | **TOTAL PAYMENTS** | -20,395.87 |
|  | **BALANCE DUE** | **$2,142.40** |

Payments deposited and expenses paid after September 30, 2011, will be listed on next month's statement. Please contact us if you have any questions or concerns regarding your account. Thank you.