UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:,

ETHANEX ENERGY, INC.

Debtor.

Case No.: 08-20645-7 RDB

FILED
Kansas City, KS
DEC 0 2 2013
Clerk
U.S. Bankruptcy Court

## NOTICE OF PROOF AND TRANSFER OF EQUITY INTEREST

Michael and Joan Glita were the original record holder of 20,000 shares of Ethanex Energy, Inc.'s stock (the "Equity Interest") as evidenced by, among other things, the "Current Shareholder List" attached as Exhibit A to the Chapter 7 Trustee's Motion to Establish a Bar Date for Filing Proofs of Equity Interests (Dkt. No. 237). B.E. Capital Management Fund L.P. is the current owner of the Equity Interest and hereby evidences, by way of this Notice and documentation attached hereto, that the Equity Interest has been unconditionally transferred for consideration received.

An equity security holder means "holder of an equity security of the debtor," such as the holder of shares in a corporation 11 U.S.C. § 101(17). An equity security holder may file a proof of interest. 11 U.S.C. § 501(a). There is no official form for filing a proof of interest or transfer of such interest. The Chapter 7 Trustee has accepted previous notices of proof of and transfers of equity interest. *See* Chapter 7 Trustee's Motion to Establish a Bar Date for Filing Proofs of Equity Interests (Dkt. No. 237). This Notice of Proof and Transfer of Equity Interest complies with previously filed and accepted documents.

| Name of Debtor: | Case Number: |
|---|---|
| ETHANEX ENERGY, INC. | 08-20645-7 RDB |
| Name And Address Of Current Owner Of The Equity Interest:<br><br>B.E. Capital Management Fund L.P.<br>211 East 70th Street, Apt. 10F<br>New York, NY 10021<br>912-398-3428 | Name And Address Of Record Holder Of The Equity Interest:<br><br>Michael and Joan Glita<br>JTTEN<br>25 Notch Park Road<br>Little Falls, NJ 07424-2413 |

| Date Equity Interest Was Acquired: | Total Amount of Interest: |
|---|---|
| The Equity Interest agreement of sale and stock certificate were signed on November 14, 2013. | 20,000 shares (.31% of outstanding shares)<br><br>Note: the percentage is calculated from the Current Shareholder List, Exhibit A to Dkt. No. 237 |
| Physical Certificate Number:<br><br>3780 | |

B.E. Capital Management Fund L.P. requests that any dividend or distribution be made payable to it and sent to the following address: B.E. Capital Management Fund L.P., 211 East 70th Street, Apt. 10F, New York, NY 10021.

If there is any objection to this Notice, it must be timely filed with the U.S. Bankruptcy Court for the District of Kansas and served upon B.E. Capital Management Fund L.P. If a timely objection is not filed, B.E. Capital Management Fund L.P. will be substituted in place of the original record holder.

I, Thomas Braziel, member of B.E. Capital Management Fund L.P., do hereby declare under penalty of perjury that the information provided in this Notice is true and accurate to the best of my knowledge, and that a copy of this Notice has been mailed to the original record holder.

B.E. CAPITAL MANAGEMENT FUND L.P.

DATE: 11/26/13  SIGNED: _____ Thomas Braziel

ITS: Member Partner, B.E. Capital Management Fund LP.

### Supporting Documentation

Attachment 1: Stock Purchase Agreement

Attachment 2: Physical Share Certificate (Completed, Signed by Michael and Joan Glita, and Signature Guaranteed).

15830409

2

# STOCK PURCHASE AGREEMENT

This is a purchase and sales agreement made between Michael and Joan Glita ("**Seller**") and B.E. Capital Management Fund LP ("**Purchaser**"), entered into on November 13, 2013. This agreement refers to property the Seller described as:

**20,000 shares of Ethanex Energy, Inc. Common Stock (EHTEQ.PK) ("Company")**

The parties mutually agree that the Seller is willing to sell and the purchaser is willing to purchase, based on the following:

1. The Seller is selling 20,000 restricted shares of the Company's stock;
2. The purchase price for the shares will be $0.65 per share;
3. The total purchase price is $13,000.

The Seller certifies that the shares have a good and legal title, and are owned free and clear of all liens and encumbrances.

This agreement binds both parties and their successors.

NAME: Michael Glita

SIGNATURE: *(signed)* Michael Glita     DATE: 11/13/13

NAME: Joan Glita

SIGNATURE: *(signed)* Joan Glita     DATE: 11/13/13

COMPANY: BE Capital Management
NAME: Thomas Braziel
TITLE: Member Partner, B.E. Capital Management Fund LP

SIGNATURE: *(signed)*     DATE: 11/13/13

# Ethanex Energy, Inc.

INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CERTIFICATE NUMBER: 3780
PAR VALUE $0.001
COMMON STOCK

SHARES *20,000*
Cusip No. 297612 20 2
xxxxxxxxxxxxxxxxxxxxxxxx

THIS CERTIFIES THAT **MICHAEL GLITA & JOAN GLITA JT TEN**

IS THE OWNER OF *TWENTY THOUSAND*

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK PAR VALUE OF $0.001 EACH OF

**ETHANEX ENERGY, INC.**

The shares represented by this certificate have not been registered under the Securities Act of 1933, as amended. The shares have been acquired for investment and may not be offered, sold or otherwise transferred in the absence of an effective registration statement with respect to the shares or an exemption from the registration requirements of said act that is then applicable to the shares, as to which a prior opinion of counsel may be required if by the issuer or the transfer agent.

TRANSFERABLE ON THE BOOKS OF THE CORPORATION IN PERSON OR BY DULY AUTHORIZED ATTORNEY UPON SURRENDER OF THIS CERTIFICATE PROPERLY ENDORSED. THIS CERTIFICATE IS NOT VALID UNTIL COUNTERSIGNED BY THE TRANSFER AGENT AND REGISTERED BY THE REGISTRAR. WITNESS THE FACSIMILE SEAL OF THE CORPORATION AND THE FACSIMILE SIGNATURES OF ITS DULY AUTHORIZED OFFICERS.

ALBERT W. KNAPP
President & CEO

DAVID J. MCKITTRICK
Corporate Secretary

DATED: FEBRUARY 11, 2008

COUNTERSIGNED AND REGISTERED:
ISLAND STOCK TRANSFER
Transfer Agent
100 Second Avenue South, Suite 1200, St. Petersburg, FL 33701
727.289.0010

By: Authorized Signature

[Corporate Seal: ETHANEX ENERGY, INC. NEVADA]

3780

The following abbreviations, when used in the inscription on the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations.

| | | | | |
|---|---|---|---|---|
| TEN COM (TIC) | - as tenants in common | UNIF GIFT MIN (TRANS) ACT _____ | Custodian _____ | |
| TEN ENT | - as tenants by the entireties | (UGMA) (UTMA) | (Cust) | (Minor) |
| JT TEN (J/T) | - as joint tenants with right of survivorship and not as tenants in common | | under Uniform Gifts (Transfer) to Minors Act _____ (State) | |

Additional abbreviations may also be used though not in the above list.

For Value Received __We Michael Glita / Joan Glita__ hereby sell, assign and transfer unto

PLEASE INSERT SOCIAL SECURITY OR SOME OTHER IDENTIFYING NUMBER OF ASSIGNEE

__45-55-9083__

__BE Capital Management__

PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS OF ASSIGNEE

__211 E. 70th St. apt 10F__
__NY NY 10021__

__20,000__ Shares

of the Capital Stock represented by the within Certificate, and do hereby irrevocably constitute and appoint _____ Attorney to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises

Dated __11/13/13__

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
LAKELAND BANK
(021)
AUTHORIZED SIGNATURE
A9007719
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM

**SIGNATURE GUARANTEE**
(BY BANK, BROKER, CORPORATE OFFICER)

X __Michael Glita__

__Joan Glita__

NOTICE: THE SIGNATURE TO THIS AGREEMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE, IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT, OR ANY CHANGE WHATSOEVER.

The shares represented by this certificate have not been registered under the Securities Act of 1933, as amended. The shares have been acquired for investment and may not be offered, sold or otherwise transferred in the absence of an effective registration statement with respect to the shares or an exemption from the registration requirements of said act that is then applicable to the shares, as to which a prior opinion of counsel may be required by the issuer or the transfer agent.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:

ETHANEX ENERGY, INC.,

    Debtor.

Case No.: 08-20645-7 RDB

## AFFIDAVIT OF SERVICE

STATE OF MINNESOTA  )
                                 ) SS
COUNTY OF HENNEPIN  )

     Sherrie L. Timm being first duly sworn, deposes and states that on November 26, 2013, she served copies of **Notice of Proof and Transfer of Equity Interest – Michael and Joan Glita** via U.S. Mail, first class, postage prepaid and properly addressed to the following:

| | |
|---|---|
| Ethanex Energy, Inc.<br>14500 Parallel Road, Ste. A<br>Basehor, KS 66007<br>**Debtor** | Kristen F. Trainer<br>1201 Walnut Street, Ste. 800<br>Kansas City, MO 64106<br>**Attorney for Ethanex Energy, Inc.** |
| Eric C. Rajala<br>11900 College Blvd., Ste. 341<br>Overland Park, KS 66210<br>**Trustee** | Cassandra L. Writz<br>Bryan Cave LLP<br>1200 Main Street, Ste. 3500<br>Kansas City, MO 64105<br>**Attorney for Trustee** |
| U.S. Trustee<br>Office of the United States Trustee<br>301 North Main, Ste. 1150<br>Wichita, KS 67202<br>**U.S. Trustee** | Joseph A. DiPietro<br>Office of the United States Trustee<br>301 North Main, Suite 01150<br>Wichita, KS 67202<br>**Attorney for U.S. Trustee** |

| Michael and Joan Glita<br>JTTEN<br>25 Notch Park Road<br>Little Falls, NJ 07424-2413<br>**Original Claim Holder** | |

*Sherrie L. Timm (signature)*
Sherrie L. Timm

Subscribed and sworn to before me
this 26th day of November, 2013.

*Wendy Gail Munt (signature)*
Notary Public

WENDY GAIL MUNT
Notary Public-Minnesota
My Commission Expires Jan 31, 2015

15965409