IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

ETHANEX ENERGY, INC.,           Case No. 08-20645-11 RDB

      Debtor.
_____/

**TRUSTEE'S OMNIBUS OBJECTION TO SHAREHOLDER INTERESTS
FOR FAILURE TO PROVIDE TAX IDENTIFICATION NUMBERS
WITH NOTICE THEREOF**

Comes now the Trustee, Eric C. Rajala, and moves the Court for an Omnibus order disallowing (for purposes of distribution) the shareholder interests of the parties identified on Exhibit "A" attached hereto. In support thereof, the Trustee states the following:

1. Eric C. Rajala, the duly appointed Chapter 11 trustee (the "Trustee") for Ethanex Energy, Inc., (the "Debtor"), is in the process of distributing surplus funds to the former shareholders of the Debtor. The Trustee is required to file a Form 1099 with the Internal Revenue Service to account for any distribution to a shareholder in excess of $600.

2. As part of the distribution process, the Trustee is required to obtain a completed Form W-9 from each shareholder who is a citizen of the United States, and a Form W-8BEN from each shareholder who is not a citizen of the United States.

3. The Trustee has requested a Form W-9 or a Form W-8BEN from each shareholder identified on the Debtor's current shareholder list, but the shareholders identified in Exhibit "A" attached hereto have failed and refused to provide these IRS forms to the Trustee.

4. Without a valid tax identification number, the Trustee is unable to process a Form 1099. Making distributions without maintaining proper income tax accounting procedures would violate the provisions of the Internal Revenue Code and IRS regulations, which would expose the

In Re: Ethanex Energy, Inc.
Case No. 08-20645-11 RDB
Trustee's Omnibus Objection to Shareholder Interests for Failure to Provide Tax Identification Numbers, With Notice Thereof
Page 2

Trustee and the bankruptcy estate to potential liability for IRS penalties, not to mention the costs and delay involved in dealing with the IRS—all to the detriment of the other shareholders who have complied with the Trustee's request for W-9 and W-8BEN forms.

WHEREFORE, the Trustee seeks an Omnibus Order (1) disallowing for purposes of distribution the shareholder interests of the shareholders listed in Exhibit "A"; (2) providing that the distributions payable to those shareholders are disallowed and withheld; and (3) providing that the unpaid and withheld distributions must be retained by the Trustee for prorata distribution to the remaining allowed shareholder interests.

Distributions to the shareholders listed on Exhibit "A" will be disallowed, unless a timely response or request for hearing is filed with the Court.

## NOTICE OF OBJECTION DEADLINE WITH OPPORTUNITY FOR HEARING

Notice is given that if no response or request for a hearing on the Trustee's Omnibus Objection is filed with the Clerk of the United States Bankruptcy Court on or before **January 21, 2015**, the objection will be sustained by an ex parte order to be submitted by the Trustee. If a written response for a hearing is requested by the above date, a hearing will be held on **February 19, 2015, at 1:30 o'clock p.m.**, before the United States Bankruptcy Court, Federal Courthouse, 500 State Avenue, Room 151, Kansas City, Kansas 66101. No further notice of the above hearing will be given.

In Re: Ethanex Energy, Inc.
Case No. 08-20645-11 RDB
<u>Trustee's Omnibus Objection to Shareholder Interests for Failure to Provide Tax Identification Numbers, With Notice Thereof</u>
Page 3

Respectfully submitted:

s/ Eric C. Rajala
Eric C. Rajala, KS #10082
Metcalf Bank Building
11900 College Blvd., Suite 341
Overland Park, KS 66210
(913) 339-9806
(913) 339-6695 Fax
eric@ericrajala.com
Attorney for Trustee

## **CERTIFICATE OF SERVICE**

The CM/ECF system will send a notice of electronic filing of the foregoing document to the CM/ECF participants as listed on the Court's Notice of Electronic Filing.

I certify that a copy of the foregoing document was placed in the United States Mail, postage prepaid, this 19th day of December, 2014, addressed to the parties listed on the Exhibit A attached hereto.

s/ Eric C. Rajala
Eric C. Rajala

EXHIBIT "A"

| SHAREHOLDER | NO. OF SHARES | REASON FOR OBJECTION |
|---|---|---|
| Alan H. Belcher<br>318 Rindge Ave, Unit 101<br>Cambridge, MA 02140-3149 | 739 | No IRS Form W-9 provided. |
| Charles Street Advisors LLC<br>Attn: Mike Petrycki<br>444 Madison Ave, 14th Floor<br>New York, NY 10022 | 10,000 | No IRS Form W-9 provided. |
| John H. Fitzgibbons<br>245 Park Vista Ter<br>Allentown, PA 18104-4525 | 2,500 | No IRS Form W-9 provided. |
| Edgar Lowe Family Trust<br>51 George Lane<br>Sausalito, CA 94965-1815 | 4,000 | No IRS Form W-9 provided. |
| Todd Sherbacow<br>1140 23rd St NW<br>Apt. 902<br>Washington, DC 20037-1440 | 14,500 | No IRS Form W-9 provided. |
| Nadine Smith &<br>John D. Long, Jr.<br>2052 Ben Franklin Dr<br>Unit 901C<br>Sarasota, FL 34236 | 15,000 | No IRS Form W-9 provided. |
| Natalie Dull<br>Burgerstr 1<br>Offenbach Germany 63075 | 2,000 | No IRS Form W-8BEN (Certificate of Foreign Status of Beneficial Owner for U.S. Tax Withholding and Reporting [Individual]) provided. |
| Canaccord Capital Corp<br>Jerry & Cheryl Houchin<br>2200-609 Granville St<br>Vancouver BC V7Y 1H2 | 1,500 | No IRS Form W-8BEN (Certificate of Foreign Status of Beneficial Owner for U.S. Tax Withholding and Reporting [Individual]) provided. |

| SHAREHOLDER | NO. OF SHARES | REASON FOR OBJECTION |
|---|---|---|
| Canaccord Capital Corp<br>Wayne Hucik<br>2200-609 Granville St<br>Vancouver BC V7Y 1H2 | 2,000 | No IRS Form W-8BEN (Certificate of Foreign Status of Beneficial Owner for U.S. Tax Withholding and Reporting [Individual]) provided. |
| Canaccord Capital Corp<br>Vickers Family Trust<br>2200-609 Granville St<br>Vancouver BC V7Y 1H2 | 3,500 | No IRS Form W-8BEN (Certificate of Foreign Status of Beneficial Owner for U.S. Tax Withholding and Reporting [Individual]) provided. |
| Anke Senze<br>Sandwiese 31<br>Bad Soden Germany 65812 | 2,000 | No IRS Form W-8BEN (Certificate of Foreign Status of Beneficial Owner for U.S. Tax Withholding and Reporting [Individual]) provided. |