**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 28th day of January, 2015.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:

ETHANEX ENERGY, INC.,                    Case No. 08-20645-11 RDB

        Debtor.
_____/

### ORDER SUSTAINING TRUSTEE'S OMNIBUS OBJECTION TO SHAREHOLDER INTEREST OF CANACCORD CAPITAL CORP (HUCIK) FOR FAILURE TO PROVIDE TAX IDENTIFICATION NUMBER

Now, before this Court, comes on for consideration the omnibus objection of Eric C. Rajala, Trustee, for an omnibus order disallowing (for purposes of distribution) the shareholder interests of Canaccord Capital Corp (Hucik).

Eric C. Rajala, Trustee, appears in person. There are no other appearances.

And the Court, after examining the pleadings filed herein, and being duly and fully advised in the premises, finds as follows:

1.      Notice of the Trustee's objection was mailed to all parties in interest on December 19, 2014, setting a deadline for objections of January 21, 2015.

2.      No objections to the Trustee's omnibus objection have been filed.

IT IS THEREFORE BY THE COURT ORDERED, ADJUDGED AND DECREED that

the shareholder, Canaccord Capital Corp (Hucik), shall receive no distribution from the estate.

# # #

APPROVED:


s/ Eric C. Rajala
Eric C. Rajala, KS #10082
Metcalf Bank Building
11900 College Blvd., Suite 341
Overland Park, KS 66210
(913) 339-9806
(913) 339-6695 Fax
eric@ericrajala.com
Attorney for Trustee